UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                              **Plaintiffs,**                      **20-CV-5623 (SN)**

     -against-                                            **ORDER**

ART+1, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the discovery dispute raised by Plaintiffs in their June 15, 2021, a discovery conference will be held on Monday, June 21, 2021, at 3:30 p.m., to occur telephonically. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      June 17, 2021
                  New York, New York