**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 6/21/2021 _

**SALVADOR SANCHEZ, et al.,**

                            **Plaintiffs,**

          **-against-**

**ART+1, INC., et al.,**

                          **Defendants.**

------------------------------------------------------------------X

**20-CV-5623 (SN)**

**SETTLEMENT CONFERENCE**
**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Friday, September 10, 2021, at 10:00 a.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Friday, September 3, 2021. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                      _____
                                    SARAH NETBURN
DATED:     June 21, 2021             United States Magistrate Judge
              New York, New York