UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                                        Plaintiffs,                              **20-CV-5623 (SN)**

            -against-                                       **ORDER**

ART+1, INC., et al.,

                                    Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On September 15, 2021, Plaintiffs filed a motion with the Court seeking discovery relief. See ECF No. 87. Plaintiffs' counsel reports that he was unable to schedule a meet and confer with defense counsel prior to filing the motion, as is required by the Court's Individual Practices. Accordingly, the parties are ORDERED to meet and confer on the discovery issues raised in Plaintiffs' September 15, 2021 letter no later than September 24, 2021. By September 29, 2021, either the parties shall file a joint status letter noting that the issues have been resolved or Defendants shall file their response to the issues raised in Plaintiffs' motion.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 17, 2021
                New York, New York