```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                          **Plaintiffs,**

       -against-

ART+1, INC., et al.,

                          **Defendants.**

-----------------------------------------------------------------X

20-CV-5623 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the ongoing litigation in this case, the parties are ordered to meet and confer and submit a briefing schedule for either a motion for class certification and/or a motion for summary judgment to the Court by October 8, 2021.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:      October 4, 2021
               New York, New York