UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                Plaintiffs,

    -against-

ART+1, Inc., et al.,

               Defendants.

-----------------------------------------------------------------X

20-CV-05623 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On February 11, 2022, a telephone conference was held to discuss the delay in the parties' filing of their motion for preliminary approval of the class action settlement. See ECF No. 100. Plaintiffs shall provide Defendants with a draft of the motion for preliminary approval by February 22, 2022. The parties shall file the motion for preliminary approval of the class action settlement on or before March 4, 2022. No further extensions will be granted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                February 14, 2022