```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                                **Plaintiffs,**                             **20-CV-05623 (SN)**

    -against-                                                               **ORDER**

ART+1, INC., et al.,

                                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On March 11, 2022, the parties submitted their Motion for Preliminary Approval of Class Action Settlement. ECF No. 104. A call is scheduled for Thursday, April 07, 2022, at 11:00 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

       In their motion, the parties represent that a table listing the settlement payout for each Class Member is attached as Exhibit B, but in fact Exhibit B is the Notice of Proposed Class and Collective Action Settlement and Final Settlement Hearing. The parties are directed to file the table by no later than Wednesday, April 6, 2022.

**SO ORDERED.**

                                                                          _____
                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:    New York, New York
                 April 5, 2022