# Settlement Breakdown in Sanchez v. Art + 1 (Sheet 2)

| Net settlement fund (from Sheet 1) | $ | 207,998.75 |
|---|---|---|

**Class members who worked starting in 2020 (each class member is owed $100)**

| | | |
|---|---|---|
| Erasto Genis Mejia | $ | 100.00 |
| Jeffrey Abel Muniz | $ | 100.00 |
| Mario Mejia | $ | 100.00 |
| Marlon Hernandez Centeno | $ | 100.00 |
| Filiberto Perez Sanchez | $ | 100.00 |
| Luis Marcelo Matzabalin | $ | 100.00 |
| Daniel Perez Almanza | $ | 100.00 |
| | $ | **700.00** |

| Adjusted net settlement fund | $ | 207,298.75 |
|---|---|---|

| Name | Date Range Given by Defendants | Years Worked (before 2020) | Percentage of total time worked by Class |
|---|---|---|---|
| Adelberto Balbuena | 2018-2020 | 2 | 1.51515% |
| Alban Gashi | 2018 | 1 | 0.75758% |
| Afrim Berisha | 2018-2020 | 2 | 1.51515% |
| Allan Quiroz | 2020 | 1 | 0.75758% |
| Alexis Aranda | 2018-2019 | 2 | 1.51515% |
| Antonio Salazar Garcia* | 2018-2019 | 2 | 1.51515% |
| Adrian Kamberi | 2017 | 1 | 0.75758% |
| Alejandro Quiroga | 2019 | 1 | 0.75758% |
| Adrian Garcia | 2019-2020 | 1 | 0.75758% |
| Alfonso Enrique Huerta* | 2018-2019 | 2 | 1.51515% |
| Anthony Morales | 2019-2020 | 1 | 0.75758% |
| Antonio Christian Joseph | 2019 | 1 | 0.75758% |
| Andres Felipe Escobar* | 2019-2020 | 1 | 0.75758% |
| Bardhyl Matoshi | 2016 | 1 | 0.75758% |
| Bryam Ernesto Lopez Salazar | 2019-2020 | 1 | 0.75758% |
| Burim Berisha | 2015-2020 | 5 | 3.78788% |
| Celso Pineda Romero | 2019-2020 | 1 | 0.75758% |
| Celso Torres* | 2019-2020 | 1 | 0.75758% |
| Cesar Garcia | 2019-2020 | 1 | 0.75758% |
| Christian Alvardo | 2018-2020 | 2 | 1.51515% |
| Christian Rodriguez Gonzalaez | 2019-2020 | 1 | 0.75758% |
| Cristian Guzman Fernandez | 2015-2019 | 5 | 3.78788% |
| Diego Jeremias Blanco | 2019-2020 | 1 | 0.75758% |
| David Curet | 2019-2020 | 1 | 0.75758% |
| David Torres Romero* | 2019 | 1 | 0.75758% |
| Dorjan Rosa | 2017 | 1 | 0.75758% |
| Edgar Epsin | 2019-2020 | 1 | 0.75758% |
| Eduart Pire | 2019 | 1 | 0.75758% |
| Edgar De Jesus Palmero Mota | 2019 | 1 | 0.75758% |

| | | | |
|---|---|---|---|
| Erik Arturo Gonzalez | | 2019 | 1 | 0.75758% |
| Erik Cortes Martinez | 2018-2020 | | 2 | 1.51515% |
| Edmundo Perez Torres | 2019-2020 | | 1 | 0.75758% |
| Flamur Fatija | 2017-2019 | | 3 | 2.27273% |
| Francisco Garcia | | 2015 | 1 | 0.75758% |
| Fran Nikobibaj | 2015-2016 | | 2 | 1.51515% |
| Godorefredo Echevarria | | 2019 | 1 | 0.75758% |
| Gerson Dominguez | 2017-2020 | | 3 | 2.27273% |
| Gerardo Flores | 2017-2020 | | 3 | 2.27273% |
| Giberto Marrero | | 2019 | 1 | 0.75758% |
| George Gonzalez | 2015-2016 | | 2 | 1.51515% |
| Granit Istrefi | 2016-2019 | | 4 | 3.03030% |
| Hassan J Gonzales Ali | | 2017 | 1 | 0.75758% |
| Hector geovanny Pico | 2019-2020 | | 1 | 0.75758% |
| Ismael Billy Cortes Martinez | | 2019 | 1 | 0.75758% |
| Idelfonso Gil-Rodriguez* | 2019-2020 | | 1 | 0.75758% |
| Indrit Tabaku | 2019-2020 | | 1 | 0.75758% |
| Ismet Istrefaj | 2018-2019 | | 2 | 1.51515% |
| Joel Antonio Luna Hart | 2019-2020 | | 1 | 0.75758% |
| Jhon Vinas Aguvel* | | 2019 | 1 | 0.75758% |
| Justin Curet | 2019-2020 | | 1 | 0.75758% |
| Jorge Azpeitia Morales | 2019-2020 | | 1 | 0.75758% |
| Juan Pichardo Iora | 2019-2020 | | 1 | 0.75758% |
| Jose Felix Castillo | 2019-2020 | | 1 | 0.75758% |
| Juan Ordoines | 2019-2020 | | 1 | 0.75758% |
| Jose Escoto | 2019-2020 | | 1 | 0.75758% |
| Joel Panecatl Perez | 2018-2019 | | 2 | 1.51515% |
| Jhony Cortes | | 2019 | 1 | 0.75758% |
| Jiovanny Martinez Castro | 2019-2020 | | 1 | 0.75758% |
| Jose Perez Riubo | 2018-2020 | | 2 | 1.51515% |
| Jose Bolanos Perez | 2016-2020 | | 4 | 3.03030% |
| Luis Martinez Almedare | 2019-2020 | | 1 | 0.75758% |
| Luis Villareal | 2019-2020 | | 1 | 0.75758% |
| Luis Enrique Caranqui | 2018-2020 | | 2 | 1.51515% |
| Luis Arcangel Vargas | | 2018 | 1 | 0.75758% |
| Miguel Gomez | 2018-2019 | | 2 | 1.51515% |
| Marvin Pitter | 2019-2020 | | 1 | 0.75758% |
| Margartio Trejo | 2019-2020 | | 1 | 0.75758% |
| Miguel Angel Santiago | 2019-2020 | | 1 | 0.75758% |
| Margco Angamarca | | 2015 | 1 | 0.75758% |
| Nike Logu | | 2016 | 1 | 0.75758% |
| Natalio Solano | 2019-2020 | | 1 | 0.75758% |
| Omar Onofre | 2019-2020 | | 1 | 0.75758% |
| Ottoniel Richiez | | 2019 | 1 | 0.75758% |
| Pastor Rodriguez | 2017-2020 | | 3 | 2.27273% |
| Ricardo Hernandez | 2019-2020 | | 1 | 0.75758% |
| Rodrigo Aurelio Garcia | 2019-2020 | | 1 | 0.75758% |
| Raul Patricio Bueno Rocano | 2019-2020 | | 1 | 0.75758% |

| | | | |
|---|---|---|---|
| Ramon Serafin | 2019 | 1 | 0.75758% |
| Rodrigo Torres Mata | 2019 | 1 | 0.75758% |
| Rigoberto Ramierez Campos | 2019 | 1 | 0.75758% |
| Raymond Lazraj | 2017-2018 | 2 | 1.51515% |
| Sahit Sejdiu | 2019 | 1 | 0.75758% |
| Santos Tomas Rivas Acosta | 2019-2020 | 1 | 0.75758% |
| Salvadore Sanchez Garcia* | 2019-2020 | 1 | 0.75758% |
| Theodoro Cortes | 2019-2020 | 1 | 0.75758% |
| Valente Guerrero | 2019 | 1 | 0.75758% |
| Vincente Mariano | 2019-2020 | 1 | 0.75758% |
| Visar Ukaj | 2017 | 1 | 0.75758% |
| Victor Lopez | 2019-2020 | 1 | 0.75758% |
| Wandy Ramirez* | 2019 | 1 | 0.75758% |
| Wilson Romero* | 2018 | 1 | 0.75758% |
| Wilmar Ariel | 2019-2020 | 1 | 0.75758% |
| Wilson Dominguez | 2018-2020 | 2 | 1.51515% |
| Yanny Mejia | 2019-2020 | 1 | 0.75758% |
| **Totals (Checking Calculations)** | | **132** | **100.00000%** |

*See Sheet 1 for total amount due to these Class Members

| Adjusted net settlement fund | Amount Due* |
|---|---|
| $ 207,298.75 | $ 3,140.89 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 3,140.89 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 3,140.89 |
| $ 207,298.75 | $ 3,140.89 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 3,140.89 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 7,852.23 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 3,140.89 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 7,852.23 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |
| $ 207,298.75 | $ 1,570.45 |

| | | |
|---|---|---|
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 4,711.34 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 4,711.34 |
| $ | 207,298.75 | $ | 4,711.34 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 6,281.78 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 6,281.78 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 4,711.34 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |

| | | | |
|---|---|---|---|
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 1,570.45 |
| $ | 207,298.75 | $ | 3,140.89 |
| $ | 207,298.75 | $ | 1,570.45 |
| | | **$ 207,298.75** | |