UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                          Plaintiffs,                       20-CV-05623 (SN)

  -against-                                             **ORDER**

ART+1, INC., et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A call is scheduled for Tuesday, April 26, 2022, at 10:00 a.m. to discuss the issues raised in the parties' recent letters to the Court. ECF Nos. 112 & 113. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      New York, New York
                April 21, 2022