```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

SALVADOR SANCHEZ, et al.,

                              Plaintiffs,                20-CV-05623 (SN)

    -against-                                            ORDER

ART+1, Inc., et al.,

                              Defendants.

```
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

       On May 17, 2022, the Court granted the parties' request for an extension of time until May 20, 2022, to file either a status letter on settlement negotiations or a letter proposing deadlines for the remainder of the case. ECF No. 123. As of the issuance of this order, there have been no further filings by the parties. The parties shall file their status letter no later than June 3, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              May 31, 2022