```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                         **Plaintiffs,**                     20-CV-05623 (SN)

    -against-                                         **ORDER**

ART+1, INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The parties have notified the Court that a settlement has been reached. Accordingly, Plaintiffs are ORDERED to file their motion for preliminary class certification by no later than July 1, 2022. Plaintiffs' memorandum of law should provide a justification for the service awards sought for the named plaintiffs, including information about each named plaintiff's contributions to the litigation. Plaintiffs shall serve Defendants with the motion by no later than June 24, 2022.

**SO ORDERED.**

                                                                    _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      New York, New York
                  June 7, 2022