UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                               Plaintiffs,             20-CV-05623 (SN)

      -against-                                   ORDER

ART+1, INC., et al.,

                               Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On July 19, 2022, Plaintiffs filed their second Motion for Preliminary Class Approval. See ECF No. 136. Plaintiffs' memorandum of law describes the allocation formula as: "each Class Members' total number of O/T hours worked shall be divided by the total number O/T hours worked by all Class Members, and that percentage shall be applied to the Net Settlement Amount." Mem. of Law at 9. But Exhibit B to the Settlement Agreement suggests a different allocation formula: grouping Class Members based on the number of unpaid overtime hours and providing a standard settlement award for each group. See ECF No. 137. The Court seeks clarity on the correct allocation formula.

      By October 7, 2022, the parties shall file a letter clarifying the allocation formula and reconciling the explanation in the memorandum of law with the tables in Exhibit B.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:      New York, New York
                September 30, 2022