```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                              Plaintiffs,          20-CV-05623 (SN)

        -against-                                  ORDER

ART+1, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

Due to a conflict in the Court's calendar, the conference currently scheduled for Friday, October 28, 2022, at 3:30 p.m. is RESCHEDULED for 2:00 p.m. that same day.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 24, 2022
         New York, New York