UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                                  Plaintiffs,

      -against-

ART+1, INC., et al.,

                                  Defendants.

-----------------------------------------------------------------X

20-CV-05623 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

    The fairness hearing currently scheduled for Thursday, April 6, 2023, is RESCHEDULED for Wednesday, April 5, 2023, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 7, 2022
                New York, New York