United States District Court for the
Southern District Of New York

------------------------------------------------x

SALVADOR SANCHEZ, CELSO TORRES,
IDELFONSO GIL RODRIGUEZ, WANDY
RAMIREZ, DAVID TORRES and JHON
VINAS, on behalf of themselves and all others
similarly situated,

                                 Plaintiffs,

               -against-

ART + 1, INC. and ARTAN MAKSUTI,
individually,

                               Defendants.

20-cv-05623 (SN)

------------------------------------------------x

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, FOR AWARD OF ATTORNEY'S FEES AND EXPENSES, FOR APPROVAL OF SERVICE PAYMENTS, AND FOR APPROVAL OF PAYMENT FOR THE CLAIMS ADMINISTRATOR'S COSTS AND EXPENSES**

      Plaintiffs Salvador Sanchez, Celso Torres, Idelfonso Gil Rodriguez, Wandy Ramriez, David Torres and Jhon Vinas, individually and on behalf of all other similarly situated individuals, by and through their undersigned attorneys, with the consent of Defendants, individually, hereby file this Motion for Final Approval of Class and Collective Action Settlement, for Award of Attorneys' Fees and Expenses, for Approval of Service Payments to the Class Representative and Original Opt-ins and for Approval of Payment of the Claims Administrator's Costs and Expenses. Plaintiffs respectfully request that the Court review and approve the terms of the proposed settlement of this matter, both as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216(b), and also as a class action under Fed. R. Civ. P. 23 for Plaintiff's claims under the New York Labor Law, §§ 190 *et seq*. Plaintiffs also request that the Court approve the proposed apportionment of the settlement proceeds, after conducting a hearing about the fairness, reasonableness, and adequacy of the proposed settlement.

The grounds for this motion are that the parties have reached an arms-length settlement of this matter after extensive, bona fide settlement negotiations; that the named Plaintiffs, as representative of the class, believes that the proposed settlement is in the best interests of the class as a whole; that no Class Members have objected to the proposed settlement, and that all parties desire to conclude this matter without further expense, delay, or the uncertainty of continued litigation. This motion is supported by the accompanying Memorandum of Law and the declarations of Jacob Aronauer, Vincent Bauer, and Demetrius Jenkins and the documents attached thereto.

Dated: March \_\_\_\_, 2023
       New York, New York

**THE LAW OFFICES OF JACOB ARONAUER**

*/s Jacob Aronauer*
Jacob Aronauer
225 Broadway, 3rd Floor
New York, NY 10007