UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                            **Plaintiffs,**                        20-CV-05623 (SN)

      -against-                                         **ORDER**

ART+1, INC., et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On April 5, 2023, the parties inquired as to whether they need to provide notice by mail to Class Members of the rescheduled Fairness Hearing. The Court denies this request to reissue notice and advises the parties that the Court will place a notification on the Courtroom door with information about the rescheduled Fairness Hearing.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 5, 2023
                  New York, New York