**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SALVADOR SANCHEZ, et al.,

                                    **Plaintiffs,**

                 -against-

ART+1, INC., et al.,

                                    **Defendants.**

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/13/2023 __

**20-CV-05623 (SN)**

**ORDER GRANTING FINAL**
**APPROVAL OF CLASS AND**
**COLLECTIVE ACTION**
**SETTLEMENT**

**SARAH NETBURN, United States Magistrate Judge:**

The parties appeared on April 12, 2023, for a final fairness hearing in connection with the class and collective action settlement. Plaintiffs are ORDERED to request a copy of the transcript so that it may be made part of the record.

For the reasons stated on the record, the class and collective action settlement is APPROVED, Defendants' motion for sanctions is GRANTED, and Defendants may deduct $15,000 from the Final Settlement Sum, which amount shall be reduced from Plaintiffs' counsel's application for an attorneys' fee award.

The Clerk of Court is respectfully requested to grant the motions at ECF Nos. 157 and 158 and close the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        April 13, 2023
                New York, New York